**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacy James, et al., | NO. C 05-04532 JW |
| Plaintiffs, | **ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION** |
| v. | |
| Ignatius A. Piazza, et al., | |
| Defendants. | |

Please take note that on the Court's own motion, the hearing on Defendants' Motion to Compel Arbitration and Stay Proceedings or Dismiss Pursuant to Rule 12(b)(6) currently set for April 10, 2006 is vacated. The new hearing date for the motion is **April 24, 2006 at 9 a.m.**

Dated: March 30, 2006

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christopher Clyde Walton chris.walton@greerlaw.biz
   Curtis Keith Greer greerkeith@aol.com
3  Eric L. Webb ewebb@elwlaw.com
   Steven John Roberts steve.roberts@greerlaw.biz

**Dated: March 30, 2006**                          **Richard W. Wieking, Clerk**

                                                   **By:   /s/ JW Chambers**
                                                        **Melissa Peralta**
                                                        **Courtroom Deputy**