IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacy James, et al., | NO. C 05-04532 JW |
|       Plaintiffs,<br>   v. | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE.** |
| Ignatius A. Piazza, et al., | |
|       Defendants. | |

In light of the Court's previous order rescheduling the hearing on Defendants' Motion to Compel Arbitration and Stay Proceedings or Dismiss Pursuant to Rule 12(b)(6) to **April 24, 2006 at 9 a.m.**, the Court also vacates the currently set case management conference for April 10, 2006. The new case management conference is set for **April 24, 2006 at 10 a.m.** to coincide with the hearing on the motion. Pursuant to the Local Rules of this Court, the parties shall submit a joint case management statement within ten days of the date of the conference.

Dated: April 4, 2006

                                                                JAMES WARE<br>                                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Clyde Walton chris.walton@greerlaw.biz
Curtis Keith Greer greerkeith@aol.com
Eric L. Webb ewebb@elwlaw.com
Steven John Roberts steve.roberts@greerlaw.biz

**Dated: April 4, 2006**                                    **Richard W. Wieking, Clerk**

                                                  **By:   /s/ JW Chambers**
                                                     **Melissa Peralta**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California