1  Eric L. Webb, Esq., State Bar No.: 192532
   Duane L. Bartsch, Esq., State Bar No.: 194408
2  Ji H. Yoo, Esq., State Bar No.: 227520
   BARTSCH & WEBB
3  317 Rosecrans Avenue
   Manhattan Beach, California 90266
4  Telephone:   (310) 546-4004
   Fax.:   (310) 546-4033
5  ewebb@elwlaw.com
   duane@bwlaw.us
6  ji@bwlaw.us

7  Attorneys for Defendants

8  C. Keith Greer, Esq., State Bar No.:   135537
   Steven J. Roberts, Esq., State Bar No.: 128829
9  Christopher C. Walton, Esq., State Bar No.: 231298
   LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
10 16787 Bernardo Center Drive, Suite 14
   San Diego, California 92128
11 Telephone:   (858) 613-6677
   Fax:   (858) 613-6680
12 greerkeith@aol.com
   steve.roberts@greerlaw.biz
13 chris.walton@greerlaw.biz

14 Attorneys for Plaintiffs

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

19 STACY JAMES, WILLIAM HAAG and          )   Case No.: C 05-04532 JW
   MICHAEL SCHRIBER, Individually, On     )
20 Behalf of All Others Similarly Situated and )   **STIPULATED REQUEST FOR**
   On Behalf of the General Public,       )   **ORDER CHANGING TIME FOR**
21                                        )   **FILING OF DOCUMENTS AND**
                                          )   **[PROPOSED] ORDER THEREON**
22              Plaintiffs,               )   **[CIVIL L.R. 6-1, 6-2, 7-12]**
                                          )
23     vs.                                )
                                          )   Motion Hearing
24 IGNATIUS A. PIAZZA, FRONT SIGHT        )   Date:        October 16, 2006
   MANAGEMENT INCORPORATED dba            )   Time:        10:00 a.m.
25 FRONT SIGHT FIREARMS TRAINING          )   Courtroom:   8
   INSTITUTE, MICHAEL MEACHER and         )   Judge:       Honorable Judge James
26 BRAD ACKMAN,                           )                Ware
                                          )
27              Defendants.               )
   _____)

28

STIPULATION AND [PROPOSED] ORDER CHANGING TIME, *James v. Piazza*. Case No. C 05-04532 JW

1

1         Comes now, Class Plaintiffs, Stacy James, William Haag and Michael Schriber,

2    through counsel, Law Offices of Greer & Associates, A.P.C., by Steven J. Roberts, Esq.,

3    and Defendants Ignatius A. Piazza and Front Sight Management Incorporated dba Front

4    Sight Firearms Training Institute ("Front Sight") through counsel, Bartsch & Webb, by

5    Eric L. Webb, Esq., and stipulate as follows:

6         1.     Front Sight has entered into a Purchase and Sale Agreement as of August 10,

7    2006 calling for the sale of Front Sight's real property located in Nye County, Nevada.  An

8    escrow has been opened;

9         2.     Escrow is set to close on December 8, 2006;

10        3.     The sale is contingent upon this Court's approval;

11        4.     The parties have agreed in principle upon terms of settlement and the

12   Stipulation of Settlement and moving papers are in draft form.  Pursuant to Order of this

13   Court, Honorable James Ware presiding, dated July 10, 2006 (Docket Document Number

14   51) the hearing on the proposed Settlement is set for October 16, 2006 at 10:00 a.m. with

15   notice of settlement to be provided at least thirty (30) days prior to the hearing date; i.e.,

16   September 16, 2006;

17        5.     In order to fund the proposed settlement, the sale of Front Sight's real

18   property is required.  The parties believe that the proposed sale terms are fair and

19   reasonable and will provide a mechanism for Front Sight's continued operations,

20   construction of a new Firearms Training Facility, and terminate this litigation;

21        6.     Voluminous unopposed moving papers are being prepared and circulated on

22   the proposed settlement.  The parties realistically need a six (6) day extension of time to

23   file moving papers.  The terms of both the proposed sale and settlement are quite

24   complicated and require careful review and comment by the parties and counsel.

25   Accordingly, the parties request that the court enter an Order Changing Time for filing of

26   the unopposed settlement from September 16, 2006 to September 22, 2006.  The parties

27   still plan to file the proposed sale motion papers on September 16, 2006.  The hearing date

28   of October 16, 2006 to be unaffected;

STIPULATION AND [PROPOSED] ORDER CHANGING TIME, *James v. Piazza*. Case No. C 05-04532 JW

7.      The parties desire to keep the October 16, 2006 hearing date on calendar as there is an extremely expedited time frame in place with the proposed buyer and delay could prejudice the sale which in turn could thwart the proposed settlement.  Due diligence and disclosures are currently being performed by both Front Sight and proposed buyer;

8.      Good cause exists for the request as:

  (a)      There have been no prior time modifications in this case by stipulation;

  (b)      The previous time modifications in this case have been by the Court pursuant to  (i)  Order dated March 30, 2006 (Docket Document Number 21) changing the hearing date on Defendants' Rule 12(b)(6) motion from April 10, 2006 to April 24, 2006,  (ii)  Order Rescheduling Case Management Conference dated April 4, 2006 (Docket Document Number 28) changing the conference date from April 10, 2006 to April 24, 2006, and  (iii) Order dated May 16, 2006 (Docket Document Number 32) Continuing hearing on Order to Show Cause re Appointment of Receiver changing the date from July 3, 2006 to July 10, 2006;

  (c)      The effect of the requested time modification will have no impact on the schedule of the case excepting to provide additional time for the parties to carefully craft the moving papers on the motions for proposed sale and settlement in such a way to allow for the expeditious resolution of this litigation; and,

9.      The Request for Order Changing Time is not being sought for purposes of

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER CHANGING TIME, *James v. Piazza.* Case No. C 05-04532 JW

1  delay or other improper reason.  Good cause exists and the hearing date of October 16,
2  2006 will not be impacted.

3

4  Dated: September 8, 2006          BARTSCH & WEBB

5

6

7                                   By: _____
8                                       Eric L. Webb, Esq.
                                        Duane L. Bartsch, Esq.
9                                       Attorneys for Defendants

10

11  Dated: September 8 , 2006         LAW OFFICES OF GREER & ASSOCIATES, A.P.C.

12

13

14                                   By: _____
                                        C. Keith Greer, Esq.
15                                      Steven J. Roberts, Esq.
                                        Attorneys for Plaintiffs

16

17                              **ORDER**

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on the

19  unopposed motion for the preliminary approval of settlement, providing for notice and

20  appointment of class counsel shall be on October 16, 2006, at ~~10:00~~ 9:00 a.m. with moving

21  papers filed no later than September 22, 2006.

22

23  Dated:    9/12/06

24                                   _____
                                     JAMES WARE
25                                   United States District Judge

26

27

28

STIPULATION AND [PROPOSED] ORDER CHANGING TIME, *James v. Piazza*. Case No. C 05-04532 JW

4