1  Eric L. Webb, Esq., State Bar No.: 192532
   Duane L. Bartsch, Esq., State Bar No.: 194408
2  Ji H. Yoo, Esq., State Bar No.: 227520
   BARTSCH & WEBB
3  317 Rosecrans Avenue
   Manhattan Beach, California 90266
4  Telephone:   (310) 546-4004
   Fax.:   (310) 546-4033
5  ewebb@elwlaw.com
   duane@bwlaw.us
6  ji@bwlaw.us

7  Attorneys for Defendants

8  C.  Keith Greer, Esq., State Bar No.:   135537
   Steven J. Roberts, Esq., State Bar No.: 128829
9  Christopher C. Walton, Esq., State Bar No.: 231298
   LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
10 16787 Bernardo Center Drive, Suite 14
   San Diego, California 92128
11 Telephone:   (858) 613-6677
   Fax:   (858) 613-6680
12 greerkeith@aol.com
   steve.roberts@greerlaw.biz
13 chris.walton@greerlaw.biz

14 Attorneys for Plaintiffs

15

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19 STACY JAMES, WILLIAM HAAG and      )   Case No.: C 05-04532 JW
   MICHAEL SCHRIBER, Individually, On )
20 Behalf of All Others Similarly Situated and )   **STIPULATED REQUEST FOR**
   On Behalf of the General Public,   )   **ORDER CHANGING TIME FOR**
21                                     )   **FILING OF DOCUMENTS AND**
                    Plaintiffs,        )   **[PROPOSED] ORDER THEREON**
22                                     )   **[CIVIL L.R. 6-1, 6-2, 7-12]**
         vs.                           )
23                                     )   Motion Hearing
   IGNATIUS A. PIAZZA, FRONT SIGHT     )   Date:          October 16, 2006
24 MANAGEMENT INCORPORATED dba         )   Time:          9:00 a.m.
   FRONT SIGHT FIREARMS TRAINING       )   Courtroom:     8
25 INSTITUTE, MICHAEL MEACHER and      )   Judge:         Honorable Judge James
   BRAD ACKMAN,                        )                  Ware
26                                     )
                    Defendants.        )
27 _____ )

28
   STIPULATION AND [PROPOSED] ORDER CHANGING TIME, *James v. Piazza*. Case No. C 05-04532 JW

                                   1

1       Comes now, Lead Plaintiffs, Stacy James, William Haag and Michael Schriber,

2 through counsel, Law Offices of Greer & Associates, A.P.C., by Steven J. Roberts, Esq.,

3 and Defendants Ignatius A. Piazza and Front Sight Management Incorporated dba Front

4 Sight Firearms Training Institute ("Front Sight") through counsel, Bartsch & Webb, by

5 Eric L. Webb, Esq., and stipulate as follows:

6      1.     A hearing is set for October 16, 2006, at which time the parties intend to

7 move the court for preliminary approval of settlement, providing for notice and

8 appointment of Class Counsel;

9      2.     The parties have been diligently meeting and conferring over the past two

10 months on the terms of settlement. Although the major terms; i.e., settlement fund

11 amount, scope of release and payment terms have been agreed to, the settlement is not

12 finalized;

13      4.     The parties sought an extension of time from this court on September 8,

14 2006 to extend the time for filing of the settlement papers from September 16, 2006, to

15 September 22, 2006. This Court granted the request by Order dated September 12, 2006;

16      5.     The parties seek a second extension of time to for filing of the settlement

17 papers to September 29, 2006;

18      6.     The parties continue to meet and confer in good faith toward resolution of

19 this Litigation. The parties are now on their tenth draft of the Stipulation of Settlement.

20      7.     Good cause exists for the request as:

21           (a)     There has been one prior time modification in this case by stipulation

22                 approved by this Court by Order dated September 12, 2006 (Docket

23                 Number 54);

24           (b)     The previous time modifications in this case have been by the Court

25                 pursuant to (i) Order dated March 30, 2006 (Docket Document

26                 Number 21) changing the hearing date on Defendants' Rule 12(b)(6)

27                 motion from April 10, 2006 to April 24, 2006, (ii) Order

28                 Rescheduling Case Management Conference dated April 4, 2006

**STIPULATION AND [PROPOSED] ORDER CHANGING TIME**, *James v. Piazza*, Case No. C 05-04532 JW

1    (Docket Document Number 28) changing the conference date from

2    April 10, 2006 to April 24, 2006, and  (iii) Order dated May 16, 2006

3    (Docket Document Number 32) Continuing hearing on Order to

4    Show Cause re Appointment of Receiver changing the date from July

5    3, 2006 to July 10, 2006;

6        (c)    The effect of the requested time modification will have no impact on

7    the schedule of the case excepting to provide additional time for the

8    parties to finalize the terms of the Stipulation of Settlement and

9    moving papers thereto; and,

10    9.    The Request for Order Changing Time is not being sought for purposes of

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

STIPULATION AND [PROPOSED] ORDER CHANGING TIME, *James v. Piazza*. Case No. C 05-04532 JW

delay or other improper reason.  Good cause exists and the hearing date of October 16, 2006 will not be impacted.

Dated: September 22,  2006                    BARTSCH & WEBB

By: _____
Eric L. Webb, Esq.
Duane L. Bartsch, Esq.
Attorneys for Defendants

Dated:  September 22 , 2006          LAW OFFICES OF GREER & ASSOCIATES, A.P.C.

By: _____
C. Keith Greer, Esq.
Steven J. Roberts, Esq.
Attorneys for Plaintiffs

## O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties shall file their moving papers on the unopposed motion for the preliminary approval of settlement, providing for notice and appointment of class counsel no latter than September 29, 2006.

Dated:    9/25/2006

_____
JAMES WARE
United States District Judge