C. Keith Greer, Esq. (State Bar No. 135537)
Steven J. Roberts, Esq. (State Bar No. 128829)
Christopher C. Walton, Esq. (State Bar No. 231298)
LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
16787 Bernardo Center Drive, Suite 14
San Diego, California 92128
Telephone: (858) 613-6677
Facsimile: (858) 613-6680
greerkeith@aol.com
steve.roberts@greerlaw.biz
chris.walton@greerlaw.biz

Attorneys for Plaintiffs


Eric L. Webb (State Bar No. 192532)
Duane L. Bartsch (State Bar No. 194408)
Ji H. Yoo (State Bar No. 227520)
BARTSCH & WEBB
317 Rosecrans Avenue
Manhattan Beach, California 90266
Telephone: (310) 546-4004
Facsimile: (310) 546-4033
ewebb@elwlaw.com
duane@bwlaw.us
ji@bwlaw.us

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG and MICHAEL SCHRIBER, Individually, On Behalf of All Others Similarly Situated and On Behalf of the General Public, <br><br> Plaintiffs, <br><br> vs. <br><br> IGNATIUS A. PIAZZA and FRONT SIGHT MANAGEMENT INCORPORATED dba FRONT SIGHT FIREARMS TRAINING INSTITUTE, <br><br> Defendants. | Case No. C-05-04532-JW <br><br> CLASS ACTION <br><br> **STIPULATION TO RELEASE A COPY OF THE COURT'S ORDER DESIGNATED AS DOCKET NO. 56 STIPULATION AND ORDER (UNDER SEAL) TO DEFENDANTS' COUNSEL** |

STIPULATION TO RELEASE A COPY OF THE COURT'S ORDER DESIGNATED AS
DOCKET NO. 56 STIPULATION AND ORDER (UNDER DEAL)

1    **IT IS HEREBY STIPULATED AND AGREED** by and between Class

2    PLAINTIFFS STACY JAMES, WILLIAM HAAG, and MICHAEL SCHRIBER, through

3    counsel, Law Offices of Greer & Associates, A.P.C., by C. Keith Greer, Esq., and DEFENDANTS

4    IGNATIUS A. PIAZZA and FRONT SIGHT MANAGEMENT INCORPORATED dba FRONT

5    SIGHT TRAINING INSTITUTE,  through counsel, Bartsch & Webb, by Eric L. Webb, Esq., as

6    follows:

7          1.      On September 21, 2006, this Court entered an order regarding the

8    disposition of the disputed property in the above-referenced matter as Docket No. 56:

9    "STIPULATION AND ORDER (UNDER SEAL)" (the "Order").

10          2.      Since the Order was entered as "ATTORNEYS' EYES ONLY," the parties

11    have been advised that in order for the Order to be released to either Plaintiffs' or Defendants'

12    counsel, a stipulation between the parties requesting the release must be filed with the Court.

13    / / /

14    / / /

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

3.     Accordingly, it is agreed between the parties that a copy of the Order is to be released to counsel for Defendant via facsimile to Bartsch & Webb at (310) 546-4033, and over-nighted to the office of Bartsch & Webb, Attention: Eric L. Webb, 317 Rosecrans Avenue, Manhattan Beach, California 90266 via Federal Express. Under a separate e-mail, counsel for Defendants will provide the clerk for Judge Ware with the FedEx account number to be charged for the overnight delivery.

**SO STIPULATED.**

Dated: October 2, 2006

LAW OFFICES OF GREER & ASSOICATES, A.P.C.

By: _____
C. Keith Greer, Esq.
Attorneys for Plaintiffs

Dated: October 2, 2006

BARTSCH & WEBB

By: _____
Eric L Webb, Esq.
Attorneys for Defendants


**ORDER**

The Court, having reviewed the above stipulation of counsel, and good cause appearing, **IT IS SO ORDERED.**

Dated: _____Oct. 3_____, 2006

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION TO RELEASE A COPY OF THE COURT'S ORDER DESIGNATED AS
DOCKET NO. 56 STIPULATION AND ORDER (UNDER SEAL)
C-05-04532-JW

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 317 Rosecrans Avenue, Manhattan Beach, California 90266.

On **October 2, 2006**, I caused to be served the following document(s):

**STIPULATION TO RELEASE A COPY OF THE COURT'S ORDER DESIGNATED AS DOCKET NO. 56 STIPULATION AND ORDER (UNDER SEAL) TO DEFENDANTS' COUNSEL**

on the interested party(ies) in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

C. Keith Greer
GREER & ASSOCIATES, A. P. C.
16787 Bernardo Center Drive, Suite 14
San Diego, California  92128

( X )   **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Manhattan Beach, California.

( )   **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the address last shown by that person on any documents filed in this action.

( )   **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) listed above.

Executed on **October 2, 2006,** at Manhattan Beach, California.

( )   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )   **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

_____
JI YOO

- 3 -
DECLARATION OF DEFENDANT IGNATIUS A. PIAZZA
C-05-04532-PVT