RICHARD M. WILLIAMS (SBN 068032)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendants
IGNATIUS A. PIAZZA AND FRONT SIGHT
MANAGEMENT, INC. DBA FRONT SIGHT
FIREARMS TRAINING INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG, AND MICHAEL SCHRIBER, INDIVIDUALLY, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED AND ON BEHALF OF THE GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>IGNATIUS A. PIAZZA AND FRONT SIGHT MANAGEMENT, INC. DBA FRONT SIGHT FIREARMS TRAINING INSTITUTE<br><br>Defendants. | CASE NO. C 05-04532 JW<br><br>**DEFENDANTS' SUBSTITUTION OF ATTORNEYS** |

TO THE HONORABLE DISTRICT COURT AND COUNSEL FOR PLAINTIFFS:

PLEASE TAKE NOTICE that defendants IGNATIUS A. PIAZZA AND FRONT SIGHT MANAGEMENT, INC. DBA FRONT SIGHT FIREARMS TRAINING INSTITUTE, hereby substitute Richard M. Williams and J. Mark Thacker, Ropers, Majeski, Kohn & Bentley, 80 North First Street, San Jose, California 95113, Telephone: (408) 287-6262, Facsimile: (408) 918-4501 in place of Eric L. Webb, Duane L. Bartsch and Ji H. Yoo, Bartsch & Webb, 317 Rosecrans Avenue, Manhattan Beach, California 90266, Telephone: (310) 546-4004, Facsimile: (310) 546-4033.

Defendants IGNATIUS A. PIAZZA AND FRONT SIGHT MANAGEMENT, INC. DBA FRONT SIGHT FIREARMS TRAINING INSTITUTE, accept the above substitution.

Dated: December 4, 2006

_____
Authorized Representative of Defendants
IGNATIUS A. PIAZZA AND FRONT SIGHT
MANAGEMENT, INC. DBA FRONT SIGHT
FIREARMS TRAINING INSTITUTE

Eric L. Webb, Duane L. Bartsch and Ji H. Yoo, Bartsch & Webb agree to the above substitution.

Dated: December 4, 2006         BARTSCH & WEBB

_____
Eric L. Webb
Duane L. Bartsch
Yi H. Yoo
Attorneys for Defendants
IGNATIUS A. PIAZZA AND FRONT SIGHT
MANAGEMENT, INC. DBA FRONT SIGHT
FIREARMS TRAINING INSTITUTE

We accept the above substitution and we will act as counsel of record on behalf of defendants herein.

Dated: December 4, 2006         ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
RICHARD M. WILLIAMS
J. MARK THACKER
Attorneys for Defendants
IGNATIUS A. PIAZZA AND FRONT SIGHT
MANAGEMENT, INC. DBA FRONT SIGHT
FIREARMS TRAINING INSTITUTE

## ORDER OF THE COURT

The above Substitution of Defendants' Counsel is accepted by the Court. Henceforth,

-2-

DEFENDANTS' SUBSTITUTION OF
ATTORNEYS - C 05-04532 JW

SJ/382129.1/JJS

1  Defendants shall be represented by Richard M. Williams and J. Mark Thacker, Ropers, Majeski,
2  Kohn & Bentley, in place and instead of Eric L. Webb, Duane L. Bartsch, Ji H. Yoo, Bartsch &
3  Webb.
4     IT IS SO ORDERED.
5  Dated: December _7_, 2004

_____
HON. JAMES WARE
JUDGE OF THE U.S. DISTRICT COURT

-3-   DEFENDANTS' SUBSTITUTION OF
      ATTORNEYS – C 05-04532 JW

SJ/382129.1/BS