IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacy James, William Haag, and Michael Schriber, individually, on behalf of all others similarly situated and on behalf of the general public,<br><br>        Plaintiffs,<br>  v.<br><br>Ignatius A. Piazza and Front Sight Management, Inc. dba Front Sight Firearms Training Institute,<br><br>        Defendants.<br>_____/ | NO. C 05-04532 JW<br><br>**ORDER RE: STIPULATION AGAINST FURTHER ENCUMBERING DEFENDANTS' PROPERTY** |

On December 18, 2006, the Court conducted a telephonic case management conference. Counsel for the respective parties were present. Pursuant to the stipulation entered into by the parties during the conference, the Court orders Defendants to refrain from (1) further encumbering their 550-acre property near Las Vegas, Nevada (the "Property") and (2) selling any type of membership to the Front Sight Firearms Training Institute that carries with it any rights to or interest in the Property. This injunction shall remain in effect pending further order of the Court.

The parties shall appear on **December 21, 2006 at 9 AM** for a hearing on Preliminary Approval of Class Settlement.

Dated: December 18, 2006

                                              JAMES WARE<br>
                                              United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Christopher Clyde Walton chris.walton@greerlaw.biz
Curtis Keith Greer greerkeith@aol.com
J. Mark Thacker jthacker@ropers.com
Richard M. Williams rwilliams@ropers.com
Steven John Roberts steve.roberts@greerlaw.biz


**Dated: December 18, 2006**                               **Richard W. Wieking, Clerk**


                                      **By:   /s/ JW Chambers**
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**