1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STACY JAMES, WILLIAM HAAG and
MICHAEL SCHRIBER, Individually, On
Behalf of All Others Similarly Situated and
On Behalf of the General Public,

                Plaintiffs,

    vs.

IGNATIUS A. PIAZZA, FRONT SIGHT
MANAGEMENT INCORPORATED dba
FRONT SIGHT FIREARMS TRAINING
INSTITUTE, MICHAEL MEACHER and
BRAD ACKMAN,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: C 05-04532 JW

CLASS ACTION

[PROPOSED] ORDER
PRELIMINARILY APPROVING
SETTLEMENT, PROVIDING FOR
NOTICE AND APPOINTMENT OF
CLASS COUNSEL

EXHIBIT A

[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza.* Case No. CV 05-04532 JW

Order Prelim (7)

1

1

2

3

4     WHEREAS, a class action is pending before the Court entitled <u>James, et.al. v.</u>

5   <u>Piazza, et.al.</u>, Case No.  No. C 05-04532 JW (the "Litigation");

6     WHEREAS, the Court has received the First Amended Stipulation of Settlement

7   dated as of December 19, 2006 (the "First Amended Stipulation"), that has been entered

8   into by the Lead Plaintiffs (Stacy James, William Haag and Michael Schriber) and

9   Defendants, and the Court has reviewed the First Amended Stipulation and its attached

10  Exhibits; and

11    WHEREAS, the parties having made application, pursuant to Federal Rule of Civil

12  Procedure 23(e), for an order preliminarily approving the settlement of this Litigation and

13  appointment of Class Counsel, in accordance with the First Amended Stipulation which,

14  together with the Exhibits annexed thereto sets forth the terms and conditions for a

15  proposed settlement of the Litigation and for dismissal of the Litigation with prejudice

16  upon the terms and conditions set forth therein; and the Court having read and considered

17  the First Amended Stipulation and the Exhibits annexed thereto; and

18    WHEREAS, all defined terms contained herein shall have the same meanings as set

19  forth in the First Amended Stipulation;

20    NOW, THEREFORE, IT IS HEREBY ORDERED:

21    1.     The Court does hereby preliminarily approve the First Amended Stipulation

22  and the settlement set forth therein, subject to further consideration at the Settlement

23  Hearing described below.

24    2.     The Court appoints the Law Offices of Greer & Associates, A.P.C. as Class

25  Counsel.

26    3.     A hearing (the "Settlement Hearing") shall be held before this Court

27  [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza.* Case No. CV 05-04532 JW

28  Order Prelim (7)

Feb. 26

1   on ~~Manuary~~, 2007, at 9:00 a.m., at the United States District Court, Northern District of

2   California, San Jose Division, 280 South First Street, Courtroom 8 (Fourth Floor), San

3   Jose, California, 95113, to determine whether the proposed settlement of the Litigation on

4   the terms and conditions provided for in the First Amended Stipulation is fair, reasonable

5   and adequate to the Settlement Class and should be approved by the Court; whether a

6   Judgment as provided in ¶1.11 of the First Amended Stipulation should be entered herein;

7   whether the proposed Plan of Allocation should be approved; to determine the amount of

8   fees and expenses that should be awarded to Class Counsel; and to determine whether

9   Incentive Bonuses should be awarded to Lead Plaintiffs.  The Court may adjourn the

10  Settlement Hearing without further notice to Members of the Settlement Class.

11       4.       Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court

12  preliminarily certifies, for purposes of effectuating this settlement, a Settlement Class of

13  all Persons who purchased or acquired lifetime memberships from Front Sight

14  Management Incorporated dba Front Sight Firearms Training Institute ("Front Sight")

15  during the period between January 1, 1997 and September 28, 2006, inclusive. Excluded

16  from the Settlement Class are Defendants, each of a Defendant's past or present directors,

17  officers, employees, partners, accountants, public relations firms, parents, subsidiaries,

18  affiliates, divisions, executors, insurers, co-insurers, reinsurers, attorneys, personal or legal

19  representatives, joint venturers, assigns, spouses, heirs, associates, estates, any entity in

20  which a Defendant has a controlling interest, any member of their immediate families, or

21  any trust of which any Individual Defendant is the settlor or which is for the benefit of any

22  Individual Defendant and/or member(s) of his family (collectively "Related Parties"). Also

23  excluded from the Settlement Class are those Persons who timely and validly request

24  exclusion from the Settlement Class pursuant to the Notice of Pendency and Proposed

25  Settlement of Class Action.  Lead Plaintiffs are not Related Parties. The certification of

26  the Settlement Class shall be binding only with respect to the settlement of the Litigation.

27  **[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza*. Case No. CV 05-04532 JW**

3

28  Order Prelim (7)

1     5.     With respect to the Settlement Class, this Court preliminarily finds for

2  purposes of effectuating this settlement that (a) the Members of the Settlement Class are

3  so numerous that joinder of all Settlement Class Members in the Litigation is

4  impracticable; (b) there are questions of law and fact common to the Settlement Class

5  which predominate over any individual questions; (c) the claims of the Lead Plaintiffs are

6  typical of the claims of the Settlement Class; (d) the Lead Plaintiffs and Class Counsel

7  have fairly and adequately represented and protected the interests of all of the Settlement

8  Class Members; and (e) a class action is superior to other available methods for the fair

9  and efficient adjudication of the controversy, considering: (i) the interests of the Members

10  of the Settlement Class in individually controlling the prosecution of the separate actions;

11  (ii) the extent and nature of any litigation concerning the controversy already commenced

12  by Members of the Settlement Class: (iii) the desirability or undesirability of continuing

13  the litigation of these claims in this particular forum; and (iv) the difficulties likely to be

14  encountered in the management of the Litigation.

15     6.     The Court approves, as to form and content, the Notice of Pendency and

16  Proposed Settlement of Class Action (the "Notice"), the Proof of Claim and Release form

17  (the "Proof of Claim"), and Summary Notice for publication annexed as Exhibits A-1, A-2

18  and A-3 hereto, and finds that the mailing and distribution of the Notice and publishing of

19  the Summary Notice substantially in the manner and form set forth in ¶¶6-7 of this Order

20  meet the requirements of Federal Rule of Civil Procedure 23 and due process, and is the

21  best notice practicable under the circumstances and shall constitute due and sufficient

22  notice to all Persons entitled thereto.

23     7.     Pursuant to Rule 53(c) of the Federal Rules of Civil Procedure, the Court

24  appoints the firm of Gilardi & Co. LLC, 3301 Kerner Boulevard, San Rafael, California

25  94901, Tel.: (415) 461-0410 ("Escrow Agent/Claims Administrator") to supervise and

26  administer the notice procedure as well as the processing of claims as more fully set forth

27  [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza.* Case No. CV 05-04532 JW

4

28  Order Prelim (7)

1   below:

2           (a)   Not later than January 15, 2007 (the "Notice Date"), Class

3   Counsel shall cause a copy of the Notice and the Proof of Claim, substantially in the forms

4   annexed as Exhibits A1 and A-2, to be mailed by first class mail to all Settlement Class

5   Members who can be identified with reasonable effort;

6           (b)   Not later than January 19 2007, Class Counsel shall cause the

7   Summary Notice to be published once in a national publication circulated among gun

8   owners and persons interested in firearms related issues; and

9           (c)   At least seven (7) calendar days prior to the Settlement Hearing,

10  Class Counsel shall cause to be served on Defendants' counsel and filed with the Court

11  proof, by affidavit or declaration, of such mailing and publishing.

12      8.   Defendants shall provide to Class Counsel and the Escrow Agent/Claims

13  Administrator such documentation as is reasonably necessary to confirm that Defendants

14  are in compliance with Front Sight's financial and other obligations under the First

15  Amended Stipulation to:

16          (a)   pay twenty percent (20%) of Front Sight's gross monthly

17  revenues to the Settlement Fund;

18          (b)   pay twenty-percent (20%) of Front Sight's gross revenues

19  from new memberships and membership upgrades to the Maintenance Reserve and

20  Capital Improvement Fund;

21          (c)   only use the Maintenance Reserve and Capital Improvement

22  Fund for the purposes of maintenance, repair and construction of capital improvements to

23  Front Sight's then existing facility; and

24          (d)   not encumber, sell or transfer Front Sight's assets except as

25  authorized by the Court.

26      Such verifying documents shall at a minimum include Front Sight's monthly bank

27  [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza*. Case No. CV 05-04532 JW

28  Order Prelim (7)

1   account statements and documentation identifying the purposes for which Maintenance

2   Reserve and Capital Improvement Funds were used as well as identifying all new

3   memberships and membership upgrades and such other documentation as the Escrow

4   Agent/Claims Administrator deems reasonable necessary in order to properly meet its

5   obligations to the Court.

6         Escrow Agent/Claims Administrator shall apprise the Court, Class Counsel and

7   Defendants' Counsel of the status and activity of matters identified in ¶¶8 (a) through (d)

8   above via bimonthly reports commencing sixty days after the date of this Order.

9         9.    All Members of the Settlement Class shall be bound by all determinations

10   and judgments in the Litigation concerning the settlement, whether favorable or

11   unfavorable to the Settlement Class.

12         10.    Settlement Class Members who wish to participate in the settlement shall

13   complete and submit Proof of Claim forms in accordance with the instructions contained

14   therein. Unless the Court orders otherwise, all Proof of Claim forms must be submitted no

15   later than ninety (90) days from the Notice Date. Any Settlement Class Member who does

16   not timely submit a Proof of Claim within the time provided for shall be barred from

17   sharing in the distribution of the proceeds of the Net Settlement Fund, unless otherwise

18   ordered by the Court.

19         11.    Any Person who desires to request exclusion from the Settlement Class shall

20   do so within the time set forth and in the manner described in the Notice. All Persons who

21   submit valid and timely Requests for Exclusion in the manner set forth in the Notice shall

22   have no rights under the First Amended Stipulation, shall not share in the distribution of

23   the Net Settlement Fund, and shall not be bound by the First Amended Stipulation or the

24   Judgment entered in the Litigation.

25         12.    Any Member of the Settlement Class may enter an appearance in the

26   Litigation, at their own expense, individually or through counsel of their own choice. If

27     **[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza*, Case No. CV 05-04532 JW**

28     Order Prelim (7)

1   they do not enter an appearance, they will be represented by Class Counsel.

2        13.    Any Member of the Settlement Class may appear and show cause, if he, she

3   or it has any reason, why the proposed settlement of the Litigation should or should not be

4   approved as fair, reasonable and adequate, why a judgment should or should not be

5   entered thereon, why the Plan of Allocation should or should not be approved, why

6   attorneys' fees and expenses should or should not be awarded to Class Counsel, or why

7   Incentive Bonuses for Lead Plaintiffs should not be awarded; provided, however, that no

8   Settlement Class Member or any other Person shall be heard or entitled to contest the

9   approval of the terms and conditions of the proposed settlement, or, if approved, the

10  Judgment to be entered thereon approving the same, or the order approving the Plan of

11  Allocation, or the attorneys' fees and expenses to be awarded to Class Counsel, or the

12  Incentive Bonuses for Lead Plaintiffs, unless that Person has delivered by hand or sent by

13  first class mail written objections and copies of any papers and briefs such that they are

14  received on or before February 16, 2007, by Law Offices of Greer & Associates,

15  A.P.C., C. Keith Greer, Esq., 16787 Bernardo Center Drive, Suite 14, San Diego,

16  California 92128, and filed said objections, papers and briefs with the Clerk of The United

17  States District Court for the Northern District of California, San Jose Division, on or

18  before February 16 2007. Any Member of the Settlement Class who does not make his,

19  her or its objection in the manner provided shall be deemed to have waived such objection

20  and shall forever be foreclosed from making any objection to the fairness or adequacy of

21  the proposed settlement as set forth in the First Amended Stipulation, to the Plan of

22  Allocation, to the award of attorneys' fees and expenses to Class Counsel or to the award

23  of Incentive Bonuses to Lead Plaintiffs, unless otherwise ordered by the Court.

24       14.    All funds held by the Escrow Agent shall be deemed and considered to be *in*

25  *custodia legis* of the Court, and shall remain subject to the jurisdiction of the Court, until

26  such time as such funds shall be distributed pursuant further order(s) of the Court.

27  [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza*. Case No. CV 05-04532 JW

7

28  Order Prelim (7)

1    15.    All papers in support of the settlement and the Plan of Allocation, the
2    application and supporting papers for Class Counsel's request for attorneys' fees and
3    reimbursement of expenses and application and supporting papers for Incentive Bonuses
4    to Lead Plaintiffs shall be filed and served seven (7) calendar days before the Settlement
5    Hearing. Said papers shall also be published and available for viewing on the web site
6    established by Class Counsel entitled "www.frontsightlitigation.com," as stated in the
7    Notice to prospective class members.

8    16.    At or after the Settlement Hearing, the Court shall determine whether the
9    Plan of Allocation proposed by Class Counsel, application for attorneys' fees and
10   reimbursement of expenses by Class Counsel, and application for Incentive Bonuses by
11   Lead Plaintiffs shall be approved.

12   17.    All reasonable expenses incurred in identifying and notifying Settlement
13   Class Members, as well as administering the Settlement Fund, shall be paid by Front Sight
14   as set forth in the First Amended Stipulation. In the event the settlement is not approved
15   by the Court, or otherwise fails to become effective, neither the Lead Plaintiffs nor Class
16   Counsel shall have any obligation to repay any amounts actually and properly disbursed by
17   the Escrow Agent/Claims Administrator.

18   18.    Neither the First Amended Stipulation, nor any of its terms or provisions,
19   nor any of the negotiations or proceedings connected with it, shall be construed as an
20   admission or concession by Defendants or their Related Parties of the truth of any of the
21   allegations in the Litigation, or of any liability, fault, or wrongdoing of any kind.

22   19.    The Court reserves the right to adjourn the date of the Settlement Hearing
23   without further notice to the Members of the Settlement Class, and retains jurisdiction to
24   consider all further applications arising out of or connected with the proposed settlement.
25   The Court may approve the settlement, with such modifications as may be agreed to by the
26   Settling Parties, if appropriate, without further notice to the Settlement Class.

27   [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza.* Case No. CV 05-04532 JW

28   Order Prelim (7)

1      20.    Defendants are prohibited from selling, transferring or encumbering the

2  Nevada Real Property pending further Order of the Court. The Court finds that a partial

3  judgment and lien upon Front Sight's assets in favor of the Settlement Class is appropriate

4  and concurrently herewith enters partial judgment as set forth in the Stipulation for Entry

5  of Partial Judgment and Judgment Lien upon Real Property/Assets and Partial Judgment

6  Thereon.

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18      21.    All documents previously filed under seal regarding the proposed settlement

19  are to be unsealed and made available to the public.

20  DATED: _December 21, 2006_

21                            THE HONORABLE JAMES WARE
                                   UNITED STATES DISTRICT JUDGE

22

23

24  Submitted by:

25  C. Keith Greer, Esq., State Bar No.:   135537
    Steven J. Roberts, Esq., State Bar No.: 128829
    LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
26  16787 Bernardo Center Drive, Suite 14

27  **[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT**, *James v. Piazza*. Case No. CV 05-04532 JW

28  Order Prelim (7)

1    San Diego, California  92128
     Telephone:   (858) 613-6677
     Fax:         (858) 613-6680
2    greerkeith@aol.com
     steve.roberts@greerlaw.biz
3

4    By:_____
          C. Keith Greer, Esq.
5         Steven J. Roberts, Esq.
          Attorneys for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, *James v. Piazza*. Case No. CV 05-04532 JW

28   Order Prelim (7)