1  C.  Keith Greer, Esq., State Bar No.:    135537
   Steven J. Roberts, Esq., State Bar No.: 128829
2  Christopher C. Walton, Esq., State Bar No.: 231298
   LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
3  16787 Bernardo Center Drive, Suite 14
   San Diego, California  92128
4  Telephone:    (858) 613-6677
   Fax:          (858) 613-6680
5  greerkeith@aol.com
   steve.roberts@greerlaw.biz
6  chris.walton@greerlaw.biz

7  Attorneys for Plaintiffs

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  STACY JAMES, WILLIAM HAAG and        )  Case No.: C 05-04532 JW
    MICHAEL SCHRIBER, Individually, On   )
12  Behalf of All Others Similarly Situated and  )  CLASS ACTION
    On Behalf of the General Public,     )
13                                       )  [PROPOSED] PARTIAL
                      Plaintiffs,        )  JUDGMENT AND JUDGMENT
14                                       )  LIEN UPON REAL
         vs.                             )  PROPERTY/ASSETS
15                                       )  [FRCP 54(b)]
    IGNATIUS A. PIAZZA, FRONT SIGHT      )
16  MANAGEMENT INCORPORATED dba          )
    FRONT SIGHT FIREARMS TRAINING        )
17  INSTITUTE, MICHAEL MEACHER and       )
    BRAD ACKMAN,                         )
18                                       )
                      Defendants.        )
19                                       )
                                         )
20  _____ )

21

22

23

24

25

26

27

28
    _____
         [PROPOSED] PARTIAL JUDGMENT, *James v. Piazza*. Case No. CV 05-04532 JW

    Judgment_Lien (3)                    1

1    Pursuant to paragraph 2.1.1 of the First Amended Stipulation of Settlement of Class

2  Action preliminarily approved by Order of this Court dated December 21, 2006,

3  paragraph 20 of the December 21, 2006 Order and <u>Federal Rules of Civil Procedure </u>Rule

4  54(b) the Court hereby enters Partial Judgment in favor of the Settlement Class comprised

5  of all persons who purchased or otherwise acquired lifetime Front Sight Memberships

6  from Front Sight Management Incorporated dba Front Sight Firearms Training Institute

7  ("Front Sight") during the period between January 1, 1997 and September 28, 2006,

8  inclusive and against Front Sight as follows:

9    1.    In the principal amount of $8,050,000.00;

10    2.    The judgment shall bear simple interest at the rate of five percent (5%) per

11  annum commencing December 21, 2006;

12    3.    The judgment shall act, *inter alia*, as a judgment lien upon Front Sight's

13  assets including its real property and water rights located in the County of Nye, State of

14  Nevada, bearing parcel numbers 45-481-05 and 45-481-06 (the "Nevada Real Property")

15  and more particularly described as follows:

### LEGAL DESCRIPTION

**LOT 1:**

A tract of land being a portion of Tract 38, of the Fraction Township 22

South, Range 54 East, M.D.M. as shown by the Independent Re-Survey and Survey

with Tract Segregation filed with the Bureau of Land Management on May 10,

1935, all situated in Nye County, Nevada, more particularly described as follows:

Beginning at the north boundary corner of the most westerly boundary line

of said Tract 38, being the corner known as "AP11" of Tract 38 as shown by said

Bureau of Land Management survey;  Thence along the boundary line of said Tract

38 on the following three (3) courses: 1) S89°55'56"W, 1318.50 feet; Thence  2)

N00°48'15"W, 1309.00 feet; Thence 3) N89°19'08"W, 1310.94 feet; Thence

S07°25'58"W, 864.51 feet;  S51°50'25"E, 540.22 feet; Thence S85°06'44"E,

391.56 feet; S44°07'13"E, 886.99 feet; Thence, S32°07'51"E, 909.73 feet to a point

1   on the boundary line of Tract 38,861.95 feet; Thence S89°59'28"E along said

2   boundary line of Tract 38, 861.95 feet; Thence N00°48'57"W along said boundary

3   line of Tract 38, 1308.90 feet to the Point of Beginning, containing 3,361,454

4   square feet, or 77.168 acres of land, more or less.

5

6   **LOT 2:**

7        A tract of land being a portion of Tract 38, of the Fraction Township 22

8   South, Range 54 East, M.D.M. as shown by the Independent Re-Survey and Survey

9   with Tract Segregation filed with the Bureau of Land Management on May 10,

10   1935, all situated in Nye County, Nevada, more particularly described as follows:

11        Commencing at the north boundary corner of the most westerly boundary

12   line of said Tract 38, being the corner known as "AP11" of Tract 38 as shown by

13   said Bureau of Land Management survey;  Thence along the boundary line of said

14   Tract 38 on the following three (3) courses:  1) S89°55'56"W, 1318.50 feet to

15   "AP12" of said Tract 38; Thence 2) N00°48'15"W, 1309.00 fee to "AP13" of said

16   Tract 38;  Thence  3) N89°19'08"W, 1310.94 feet to the **Point of Beginning** of the

17   tract of land described herein; Thence S07°25'58"W,  864.51 feet; S51°50'25"E,

18   540.22 feet;  Thence S85°06'44"E, 391.56 feet;  S44°07'13"E, 886.99 feet; Thence

19   S32°07'51"E, 909.73 feet to a point on the boundary line of said Tract 38;  Thence

20   along said boundary line of Tract 38 on the following eleven (11) courses:  1)

21   N89°59'28"W, 456.95 feet;  Thence 2) S00° 19'21"E, 2632.07 feet;  Thence 3)

22   N89°43'00"W, 2650.49 feet;  Thence 4) N00°00'22"W, 2637.91 feet;  Thence 5)

23   N89°33'52"W, 2645.16 feet;  Thence 6) N00°21'41"E, 2638.39 feet;  Thence 7)

24   S89°18'43"E, 1308.09 feet;  Thence 8) N01°14'10"E, 1318.86 feet;  Thence 9)

25   S88°49'59"E, 1266.00 feet;  Thence 10) S00°32'57"E, 1307.62 feet;  Thence 11)

26   S89°19'08"E, 1302.28 feet to the **Point of Beginning**, containing 20,821,883

27   square feet, or 478.005 acres of land, more or less.

28   ///

[PROPOSED] PARTIAL JUDGMENT, *James v. Piazza.* Case No. CV 05-04532 JW

1  Including all water rights, of any legal kind or nature, appurtenant to the above
2  described real property, including, but not limited to, the following:

3  ### WATER RIGHTS

4  On file with the Nevada State Engineers Office:

5  Permit 24071 (as abrogated)

6  Permit 57649 (as abrogated)

7  Permit 62443

8  Permit 62444

9  Permit 62445

10  Permit 62446

11  Permit 62434

12  Permit 62435

13  Permit 64832

14  Permit 64833

15  Permit 64834

16

17  4.  The Settlement Class shall not enforce the Partial Judgment by way of
18  execution and sale of Front Sight's assets including the Nevada Real Property until
19  January 1, 2008 or upon further order of the Court;

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1      5.      Front Sight shall not sell, transfer or encumber the Nevada Real Property

2   without prior Court approval and Order thereon.

3

4

5   Dated:    January 10 2007

6                                                    JAMES WARE
                                                     United States District Judge

7

8

9   Submitted by:

10  C. Keith Greer, Esq., State Bar No.:    135537
    Steven J. Roberts, Esq., State Bar No.:    128829
11  LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
    16787 Bernardo Center Drive, Suite 14
12  San Diego, California  92128
    Telephone:    (858) 613-6677
13  Fax:          (858) 613-6680
    greerkeith@aol.com
14  steve.roberts@greerlaw.biz

15
    By:
16       C. Keith Greer, Esq.
         Steven J. Roberts, Esq.
17       Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

———————————————————————————————————————
[PROPOSED] PARTIAL JUDGMENT, *James v. Piazza.* Case No. CV 05-04532 JW

Judgment Lien (3)                          5