**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9       SAN JOSE DIVISION

10   Stacy James, et al.,                                NO. C 05-04532 JW

11             Plaintiffs,                        **ORDER APPOINTING SPECIAL**
                                                   **MASTER**
       v.
12
     Ignatius A. Piazza, et al.,
13
               Defendants.
14   _____/

15       On March 19, 2007, the Court conducted a hearing regarding final approval of settlement in

16   this action.  Based on discussions at the hearing, the Court found, and the parties agreed, that a

17   Special Master should be appointed to assist the Court with its assessment of the proposed

18   settlement.  Accordingly, the Court notifies the parties of its appointment of George C. Fisher, 2600

19   El Camino Real, Suite 410, Palo Alto, California 94306, (650) 424-0821, as a Special Master.

20   **A.       Scope of Appointment**

21       1)      Mr. Fisher will advise the Court with respect to the pending proposed settlement

22               between the parties.

23       2)      Irrespective of the settlement, Mr. Fisher shall also advise the Court regarding the

24               financial status of the property and the nature and extent of all memberships which

25               affect the financial status of the property.

26       3)      Mr. Fisher will prepare a report and recommendation to the Court summarizing the

27               terms of any proposed settlement, with attention to: a) the consideration offered to the

28               class for its release of claims, b) the security provided to ensure fulfillment of any

**United States District Court**
For the Northern District of California

1           ongoing obligations, and c) whether differences between the current settlement and

2           the version preliminarily approved by the Court require re-notification of the class,

3           along with any other issues that Mr. Fisher believes should be brought to the Court's

4           attention.  The Court will conduct a follow up meeting with the Special Master upon

5           receipt of the report.

6 **B.**     **Fees**

7         The parties are directed to pay the reasonable fees charged by Mr. Fisher for his service as a

8 Special Master to the Court in this case.  Unless otherwise ordered by the Court, fees shall be

9 distributed equally between the parties.  All matters pertaining to the fees of Mr. Fisher are referred

10 to the assigned Magistrate Judge.

11 **C.**     **Schedule**

12     1)     The parties shall contact Mr. Fisher within ten (10) days from the date of this Order

13             to set a meet and confer date.

14     2)     Mr. Fisher shall lodge his report with the Court within forty-five (45) days from the

15             date of this Order.

16     3)     To complete the appointment, Mr. Fisher shall file the affidavit required by FEDERAL

17             RULE OF CIVIL PROCEDURE 53(b)(3) within five (5) days of this Order.

18

19 Dated:  March 21, 2007                     _____

20                                    JAMES WARE
                                   United States District Judge

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Christopher Clyde Walton chris.walton@greerlaw.biz
Curtis Keith Greer greerkeith@aol.com

3

J. Mark Thacker jthacker@ropers.com
Richard M. Williams rwilliams@ropers.com

4

Steven John Roberts steve.roberts@greerlaw.biz

5

6

7

Dated:  March 21, 2007                                    Richard W. Wieking, Clerk

8

9

By:_____/s/ JW Chambers_____
       **Elizabeth Garcia**
       **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28