RICHARD M. WILLIAMS (SBN 068032)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendants
IGNATIUS A. PIAZZA and FRONT SIGHT
MANAGEMENT, INC. dba FRONT SIGHT
FIREARMS TRAINING INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG, AND MICHAEL SCHRIBER, INDIVIDUALLY, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED AND ON BEHALF OF THE GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>IGNATIUS A. PIAZZA AND FRONT SIGHT MANAGEMENT, INC. DBA FRONT SIGHT FIREARMS TRAINING INSTITUTE<br><br>Defendants. | CASE NO. C 05-04532 JW<br><br>**STIPULATION FOR EXTENSION OF TIME TO LODGE SPECIAL MASTER'S REPORT AND [PROPOSED] ORDER** |

The parties hereto, counsel for all plaintiffs and all defendants, respectively, hereby stipulate as follows:

1. George C. Fisher, Special Master appointed by the United States District Judge James Ware, was directed in the Court's Order of March 21, 2007, to lodge a report with the Court on or before May 7, 2007, dealing with the proposed settlement between the parties.

2. Between April 2, 2007 and May 2, 2007, counsel for the parties have been negotiating a revised Settlement Agreement. We advised the Special Master on May 3, 2007, that a revised Settlement Agreement had not yet been reached and that the parties were at an impasse.

3. Counsel for spoken with the Special Master and they all agree that it is in the

-1-
STIPULATION FOR EXTENSION OF TIME TO LODGE SPECIAL MASTER'S REPORT AND [PROPOSED] ORDER
C 05-04532 JW

SJ/392168.1/DB

1 parties best interests that they continue to more fully explore a revised Settlement Agreement.

2     4. The parties hereto and the Special Master have agreed to an extension of time to lodge the report for an additional twenty (20) days or until May 29, 2007.

We declare under penalty of perjury of the laws of the State of California and of the United States that the foregoing is true and correct.

Dated: May 7, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
RICHARD M. WILLIAMS
Attorneys for Defendants
IGNATIUS A. PIAZZA and FRONT SIGHT MANAGEMENT, INC. dba FRONT SIGHT FIREARMS TRAINING INSTITUTE

Dated: May 7, 2007

GREER & ASSOCIATES

By: _____
KEITH C. GREER
Attorneys for Plaintiffs
STACY JAMES, WILLIAM HAAG, and MICHAEL SCHRIBER, individually and on behalf of all others similarly situated and on behalf of the general public

## ORDER

The schedule contained in the Court's Order Appointing Special Master is hereby amended to provide that George C. Fisher shall lodge his report with the Court by May 29, 2007.

Dated: May 17 2007

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT

-2-
STIPULATION FOR EXTENSION OF TIME TO LODGE SPECIAL MASTER'S REPORT AND [PROPOSED] ORDER
C 05-04532 JW

SJ/392168.1/DB