*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG and MICHAEL SCHRIBER, Individually, On Behalf of All Others Similarly Situated and On Behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>IGNATIUS A. PIAZZA, FRONT SIGHT MANAGEMENT INCORPORATED dba FRONT SIGHT FIREARMS TRAINING INSTITUTE, MICHAEL MEACHER and BRAD ACKMAN,<br><br>Defendants. | Case No.: C 05-04532 JW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS TO LEAD PLAINTIFFS<br><br>Date: October 15, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Honorable Judge James Ware |

---

**[PROPOSED] ORDER ATTORNEYS' FEES, EXPENSES AND INCENTIVES**, *James v. Piazza*. **Case No. CV 05-04532 JW**

Order Attorneys Fees (1)                    1

THIS MATTER having come on regularly for hearing before the Court on October 15, 2007, on the motion of Class Counsel, Law Offices of Greer & Associates, A.P.C. for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation and payment to the Lead Plaintiffs, Stacy James, William Haag and Michael Schriber of Incentive Awards of $10,000 to each; the Court, having considered all papers filed and proceedings conducted herein, having found that notice was adequately and properly provided, having found the settlement of this Litigation to be fair, reasonable and adequate and otherwise fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Third Amended Stipulation of Settlement dated as of June 27, 2007 and filed July 13, 2007( the "Third Amended Stipulation") as docket #120.

2. This Court has jurisdiction over the subject matter of the motion and all matters relating thereto, including all Members of the Settlement Class who have sought inclusion.

3. The Court finds that no objections have been filed to the motion.

4. The Court hereby awards Class Counsel attorneys fees and costs in the amount of $800,000.00 ($751,845.46 in attorney fees plus $48,154.54 in expenses). Per stipulation of the parties any unpaid portion of said fees and costs will not bear interest. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method. The Court finds that the amount of expenses reimbursed is fair and reasonable. This award is without prejudice to Class Counsel making further application for attorneys' fees and expenses incurred in connection with enforcement of the terms of the Third Amended Stipulation of Settlement or any Judgment or Order entered in this matter.

5. The Court hereby awards Lead Plaintiffs Stacy James, William Haag and Michael Schriber Incentive Awards of $10,000 each. The Court finds that these Incentive Awards are just and reasonable under the circumstances.

6. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Class Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Third Amended Stipulation and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated herein.

7. The Incentive Awards shall be paid to Lead Plaintiffs from the Settlement Fund upon the Effective date and subject to the terms, conditions, and obligations of the Third Amended Stipulation and in particular ¶5.3, thereof, which terms, conditions, and obligations are incorporated herein. If not paid within thirty days of the Effective Date, said Incentive Awards will bear interest at the same rate as that earned on the unpaid portion of the Settlement Fund until paid.

IT IS SO ORDERED.

DATED: October 15, 2007 _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

C. Keith Greer, Esq., State Bar No.: 135537
LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
16787 Bernardo Center Drive, Suite 14
San Diego, California 92128
Telephone: (858) 613-6677
Fax: (858) 613-6680
greerkeith@aol.com

/S/
By:_____
C. Keith Greer, Esq.
Attorneys for Class Plaintiffs and Class Members