C. Keith Greer, Esq., State Bar No.: 135537
LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
16787 Bernardo Center Drive, Suite 14
San Diego, California 92128
Telephone: (858) 613-6677
Fax: (858) 613-6680
greerkeith@aol.com

Attorneys for Plaintiffs

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG and MICHAEL SCHRIBER, Individually, On Behalf of All Others Similarly Situated and On Behalf of the General Public,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>IGNATIUS A. PIAZZA, FRONT SIGHT MANAGEMENT INCORPORATED dba FRONT SIGHT FIREARMS TRAINING INSTITUTE, MICHAEL MEACHER and BRAD ACKMAN,<br><br>　　　　　　　　Defendants. | Case No.: C 05-04532 JW<br><br>CLASS ACTION<br><br>**SECOND STIPULATION RE: EVIDENTIARY HEARING TO RESOLVE DISPUTE OVER VALIDITY OF CLAIMS**<br><br>Date:　　　　October 15, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　8<br>Judge:　　　Honorable James Ware |

　　　This Second Stipulation Re: Evidentiary Hearing to Resolve Dispute Over Validity of Claims replaces the previously filed Stipulation Re: Evidentiary Hearing to Resolve Dispute Over Validity of Claims.

　　　The parties hereby stipulate that the Judgment and lien previously filed in this action and recorded with Nye County Recorders Office will be decreased by the amount paid by Front Sight into the Settlement Fund pursuant to the Third Amended Stipulation of Settlement and shall be amended to reflect the actual amount of claims determined to be valid by the Special Master, pursuant to the evidentiary hearings set forth below

The parties stipulate to the appointment of Special Master George C. Fisher, Esq. as the hearing officer to oversee evidentiary hearings and make findings of fact and law regarding: (1) the adequacy of proof provided by claimants who timely filed claims that were deemed by the Claims Administrator to not present sufficient documentation to establish the amount said claimants paid for their Front Sight memberships; (2) the adequacy of proof provided by claimants whose claims were approved by the Claims Administrator but whose claims are disputed by Defendant Front Sight; and (3) whether claimants filing late claims can establish "good cause" for relief from the court ordered time limitations for filing claims.

The parties further stipulate that within 10 days of the court's order approving this process, the Claims Administrator will send notice to all claimants who filed late claims or timely claims that were not approved by the Claims Administrator, advising them of: (1) the reason their claims were found to be deficient; (2) that they may submit additional documentation to cure the deficiency within 15 days of the date they receive the notice of deficiency (which will be presumed to be five days from the date the notice was sent, unless evidence to the contrary is submitted by the claimant); and (3) that they have the right to attend the hearing before the Special Master, which will take place on a specific date identified in the notice, which must be within 60 days of the court order approving the settlement.

Within 10 days of the court order approving the settlement, Defendant Front Sight will give written notice to Class Counsel, the Special Master and the Claims Administrator of any claims it disputes, and the reasons for such disputes. Within 5 days after receipt of said notice, the Claims Administrator will send notice to all affected claimants, advising them of: (1) the reason their claims are being disputed by Defendant Front Sight; (2) that they may submit additional documentation to address the issues raised by Defendant Front Sight within 15 days of the date they receive the notice of deficiency (which will be presumed to be five days from the date the notice was sent, unless evidence to the contrary is submitted by the claimant); and (3) that they have the right to attend the hearing before

the Special Master, which will take place on a specific date identified in the notice, which must be within 60 days of the court order approving the settlement.

These evidentiary hearings will take place at the Law Offices of Ropers, Majeski, Kohn & Bentley, 80 North First Street, San Jose, California, or another place mutually agreed to by the parties.

Dated: October 10, 2007            LAW OFFICES OF GREER & ASSOCIATES, A.P.C.


By:_____/S/_____
C. Keith Greer, Attorneys for Plaintiffs


ROPERS, MAJESKI, KOHN & BENTLEY


By:_____/S/_____
Richard M. Williams, Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 15, 2007            *[signature]*
                                   JAMES WARE
                                   United States District Judge

**STIPULATION RE: EVIDENTIARY HEARING** , *James v. Piazza*. **Case No. CV 05-04532 JW**

3