C. Keith Greer, Esq. SBN: 135537
GREER & ASSOCIATES, APC
16787 Bernardo Center Drive, Suite 14
San Diego, CA 92128
(858) 613-6677 TEL
(858) 613-6680 FAX

Attorneys for Plaintiffs

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG and MICHAEL SCHRIBER, Individually, On Behalf of All Others Similarly Situated and On Behalf of the General Public,<br><br>Plaintiff,<br>vs.<br><br>IGNATIUS A. PIAZZA, FRONT SIGHT MANAGEMENT INCORPORATED dba FRONT SIGHT FIREARMS TRAINING INSTITUTE, MICHAEL MEACHER and BRAD ACKMAN,<br><br>Defendant. | Case No.: C 05-04532 JW<br><br>**STIPULATION TO CONTINUE HEARING RE: PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

WHEREAS on December 10, 2008, the Court denied plaintiff's ex parte application to compel Ignatius Piazza, President of Front Sight Management, Inc., to appear and furnish information to aid in enforcement of the money judgment against defendant Front Sight Management Inc., and set the matter for hearing on February 2, 2009;

WHEREAS the parties mutually agree to the matter being continued to March 2, 2009, at 9:00 (which according to the Court calendar clerk is available at this time); and

WHEREAS plaintiffs have advised defendants of their intent to bring other motions to enforce the judgment which the parties believe in the interest of judicial economy should be heard at the same time;

///

NOW THEREFORE, the parties stipulate and request that the hearing on the above-referenced matter be continued to March 2, 2009, at 9:00.

So stipulated:

Dated: December 23, 2008                           GREER & ASSOCIATES, APC


                                                   _____/s/_____
                                                   C. Keith Greer, Esq.
                                                   Attorneys for Plaintiffs


                                                   ROPERS, MAJESKI, KOHN, BENTLEY


                                                   _____/s/_____
                                                   Richard M. Williams, Esq.
                                                   Attorneys for Defendants

**\*\*\* ORDER \*\*\***

The Court finds good cause to accept the parties' Stipulation. However, to be clear, the hearing was originally set in light of the parties' dispute regarding whether Defendant Ignatius A. Piazza is a proper party for the judgment debtor examination. If the parties intend to bring other motions, the parties must notice those motions in accordance with the Civil Local Rules of the Court.

Dated: January 8, 2009                             _____
                                                   JAMES WARE
                                                   United States District Judge