**GRANTED**
/s/ James Ware
Judge James Ware
2/6/2009

RICHARD M. WILLIAMS (SBN 068032)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:   (408) 287-6262
Facsimile:   (408) 918-4501

Attorneys for Defendants
IGNATIUS A. PIAZZA and FRONT SIGHT
MANAGEMENT, INC. dba FRONT SIGHT
FIREARMS TRAINING INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG, AND MICHAEL SCHRIBER, INDIVIDUALLY, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED AND ON BEHALF OF THE GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>IGNATIUS A. PIAZZA AND FRONT SIGHT MANAGEMENT, INC. DBA FRONT SIGHT FIREARMS TRAINING INSTITUTE<br><br>Defendants. | CASE NO. C 05-04532 JW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND TO EXTEND TIME FOR PLAINTIFFS' REPLY TO OPPOSITION** |

WHEREAS, on January 30, 2009, Plaintiffs filed a Motion to Enforce Settlement Agreement with a hearing date of March 2, 2009, as previously set by the Court; and,

WHEREAS, the parties mutually agree that Defendants may have through Friday, February 13, 2009, to file their opposition to said motion and further that Plaintiffs shall have through Wednesday, February 18, 2009, to file their reply to the opposition;

NOW THEREFORE, the parties stipulate and request that the Court grant the filing extensions set forth herein, having been advised by the calendar clerk of the Court that said extensions are acceptable.

STIP.AND ORDER TO EXTEND TIME FOR FILING OPP. TO PLAINTIFFS' MTN TO ENFORCE SETTLEMENT AGREEMENT AND TO EXTEND TIME FOR PLAINTIFFS' REPLY TO OPP.

- 1 -

CASE NO. C 05-04532 JW

SO STIPULATED:

Dated: February 5, 2009                    GREER & ASSOCIATES, APC

                                           By: /s/
                                           ―――――――――――――――――――――
                                           C. KEITH GREER, ESQ.
                                           Attorneys for Plaintiffs

Dated: February 5, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

                                           By: /s/
                                           ―――――――――――――――――――――
                                           RICHARD M. WILLIAMS, ESQ.
                                           Attorneys for Defendants

### ORDER

The Court finds good cause to accept the parties' Stipulation and the requested filing extensions are hereby granted. The matter continues to be set for hearing before the Court on March 2, 2009, at 9:00 a.m.

Dated: February 6, 2009

                                           ―――――――――――――――――――――
                                           HON. JAMES WARE
                                           UNITED STATES DISTRICT JUDGE