IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacy James, et al., | NO. C 05-04532 JW |
|     Plaintiffs,<br>  v.<br>Ignatius A. Piazza, et al.,<br>    Defendants. | **ORDER TO SHOW CAUSE RE: CONTEMPT; ORDER SETTING DEADLINE FOR FILING NOTIFICATION OF SUBSTITUTION OF COUNSEL** |

On March 23, 2009, the parties were scheduled to appear for a judgment debtor examination of Defendant Front Sight Management, Inc. ("Front Sight") pursuant to the Court's February 25, 2009 Order. (See Docket Item No. 170.)

Although Defendant Piazza was subject to a Court Order to appear as Front Sight's representative for the debtor examination, neither Piazza nor any other Front Sight agent appeared on behalf of Front Sight. However, immediately prior to the scheduled debtor examination, the Court learned that Defendants had terminated their counsel. Although counsel, Mr. Williams, no longer had standing to represent Defendants, he requested that the Court provides Defendants sufficient time to find substitute counsel. Based on Mr. Williams' representation, the Court grants Defendants' request. However, to avoid further prejudice to Plaintiffs, on or before **May 1, 2009**, Defendants shall file either Identification of Substitute Counsel for Defendant Front Sight or Notice of Self-Representation for Defendant Piazza. Failure to do so will result in further sanctions by the Court.

With respect to Defendants' failure to appear for the debtor examination, Defendants' eleventh-hour dismissal of their counsel does not permit or excuse them from disregarding the Court's Order. The Order to appear for the examination was issued a month in advance of the hearing and Defendants had sufficient time to communicate with the Court regarding a possible change of representation. Accordingly, Defendants Front Sight and Ignatius Piazza shall appear on **May 11, 2009 at 9:00 a.m.** and show cause, if any, why they should not be held in contempt and subject to sanctions for their failure to appear at the Court-ordered judgment debtor examination. On or before **May 1, 2009**, Defendants shall file a response which sets forth in factual summary the reason no appearances were made. Plaintiffs may file a request for attorney fees and costs resulting from the March 23, 2009 hearing.

Mr. Richard Williams of Ropers Majeski Kohn & Bentley shall remain as counsel of record until **May 1, 2009** for the purposes of receiving and providing legal documents to Defendants until there is identification of substitute counsel. Mr. Williams shall send a copy of this Order to Defendants and file the necessary certificate of service on or before **March 30, 2009.**

Dated: March 25, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Clyde Walton chris.walton@greerlaw.biz
Curtis Keith Greer greerkeith@aol.com
Jon Mark Thacker jthacker@ropers.com
Richard Martin Williams rwilliams@ropers.com
Steven John Roberts steve.roberts@greerlaw.biz

**Dated: March 25, 2009**  **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
**          Elizabeth Garcia**
**          Courtroom Deputy**