IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacy James, et al., | NO. C 05-04532 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: CONTEMPT** |
| v. | |
| Ignatius A. Piazza, et al., | |
| Defendants. | |

On May 11, 2009, the parties were scheduled to appear for a hearing in response to the Court's March 26, 2009 Order to Show Cause Re: Contempt. (See Docket Item No. 172.) Plaintiffs' counsel appeared for the hearing, however, neither Defendants' counsel nor Defendant Piazza appeared. Instead, affiliated local counsel appeared to inform the Court that Defendants' lead counsel missed his flight from Las Vegas, thus rendering him unable to attend the hearing. Following the May 11 hearing, Defendants' counsel submitted a response to the Order to Show Cause, contending that Defendant should not be held in contempt for his failure to attend a judgment debtor examination on March 23, 2009. (See Docket Item No. 178.)

In light of the representations of Defendants' local counsel at the hearing, the Court CONTINUES the hearing on the Court's Order to Show Cause to **June 15, 2009 at 9 a.m.**, which the Court will hold in conjunction with the previously scheduled hearing on the matter of receivership. (See Docket Item No. 179.)

1   Consistent with the Court's March 26, 2009 Order, **Defendants Front Sight and Ignatius
2   Piazza** *shall* appear for the **June 15, 2009** contempt hearing.   Failure to appear will result in civil
3   contempt sanctions by the Court.

5   Dated:  May 12, 2009

    JAMES WARE
    United States District Judge

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Clyde Walton chris.walton@greerlaw.biz
Curtis Keith Greer greerkeith@aol.com
Dana E Morris dmorris@nv-legal.com
Jon Mark Thacker jthacker@ropers.com
Richard Martin Williams rwilliams@ropers.com
Steven John Roberts steve.roberts@greerlaw.biz

**Dated:  May 12, 2009**                          **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**