George C. Fisher, State Bar No: 40794
George C. Fisher, Lawyer
2600 El Camino Real, Suite 410
Palo Alto, Ca 94306
Telephone: (650) 424 0821
Fax:        (650) 475 1849
georgecfisher@gmail.com

Receiver

FILED

MAY 1 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACEY JAMES, WILLIAM HAAG and MICHAEL SCHIBER, Individually, on behalf of all other Similarly Situated and on Behalf of the General Public<br><br>Plaintiffs,<br><br>vs.<br><br>IGNATIUS A. PIAZZA, FRONT SIGHT MANAGEMENT INCORPORATED dba FRONTSIGHT FIREARMS TRAINING INSTITUTE, MICHAEL MEACHER AND BRAD ACKMAN,,<br>Defendants | Case No.: C-05-04532 JW<br><br>Application to file Receiver's Report 1 under seal and proposed order |

On May 18, 2009, I am filing a Receiver's Report #1 in this action which contains confidential- attorneys' eyes only designated by the parties material, pursuant to protective order previously entered by this court.

The Receiver hereby applies for an order to file this report under Seal, pending any further determinations with respect to the confidentiality of the material Contained therein,

I declare under penalty of perjury of the State of California and the United States that the foregoing is true and correct. Executed at Palo Alto, Ca, this 18 day of May, 2009.

George C. Fisher

IT IS HEREBY ORDERED RECEIVER'S REPORT #1 EXHIBITS AND PROPOSED ORDERS BE FILED UNDER SEAL AS CONFIDENTIAL PURSUANT TO PREVIOUS COURT ORDERS.

May 18, 2009

James Ware, U.S. District Judge