IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacy James, et al., | NO. C 05-04532 JW |
|         Plaintiffs,<br>v. | **ORDER ADOPTING REPORT OF RECEIVER AND MODIFICATION OF FEES** |
| Ignatius A. Piazza, et al.,<br>        Defendants.<br>_____/ | |

On May 11, 2009, the Court issued an order appointing George C. Fisher, as Interim-Receiver of Front Sight Management, Inc., also doing business as Front Sight Firearms Training Institute. Based upon the Receiver's Report #1, submitted under seal pursuant to the Court's approval, the evidence and statements made at the May 18, 2009 hearing, and for good cause shown,

IT IS ORDERED AS FOLLOWS:

(1) The Receiver's Report #1 is adopted by the Court;

(2) The Court approves and confirms all actions and activities taken by or on behalf of the Receiver;

(3) The May 11, 2009 Order is amended to allow the Receiver to charge $400 per hour, his usual and customary rate, and Front Sight Management Inc. shall pay the Receiver's fees of $16,400 and Special Master Fees of $22,120, for a total of $38,520 within ten (10) days from the date of this Order.

IT IS SO ORDERED.

Dated: May 18, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Clyde Walton chris.walton@greerlaw.biz
Curtis Keith Greer greerkeith@aol.com
Dana E Morris dmorris@nv-legal.com
Jon Mark Thacker jthacker@ropers.com
Richard Martin Williams rwilliams@ropers.com
Steven John Roberts steve.roberts@greerlaw.biz
George Fisher, georgecfisher@gmail.com

Dated:  May 18, 2009                               Richard W. Wieking, Clerk

                                                   By:      /s/ JW Chambers
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**