IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacy James, et al., | NO. C 05-04532 JW |
|         Plaintiffs,<br>  v. | **ORDER DISSOLVING RECEIVERSHIP AND DISCHARGING RECEIVER** |
| Ignatius A. Piazza, et al., | |
|         Defendants.<br>_____/ | |

On May 11, 2009, the Court issued an order appointing George C. Fisher, as Interim-Receiver of Front Sight Management, Inc., also doing business as Front Sight Firearms Training Institute. Based upon the Receiver's Report #1, submitted under seal pursuant to the Court's approval, the evidence and statements made at the May 18, 2009 hearing, and for good cause shown, IT IS ORDERED AS FOLLOWS:

(1) The Receiver shall be discharged by this Order and the Receiver shall be deemed relieved of all duties, liabilities and responsibilities pertaining to the Receivership previously established;

(2) George C. Fisher is discharged as the Receiver and relieved of any duties, liabilities, and responsibilities;

(3) The Receivership is hereby dissolved and all instructions previously given to third parties by the Receiver shall terminate and end and be of no further effect. All parties given notice of the Receivership may return to their prior business relationship Front

Sight Management, Inc., also doing business as Front Sight Firearms Training Institute;

(4) The Receiver's bond herein shall be exonerated by this Order.

IT IS SO ORDERED.

Dated: May 18, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Clyde Walton chris.walton@greerlaw.biz
Curtis Keith Greer greerkeith@aol.com
Dana E Morris dmorris@nv-legal.com
Jon Mark Thacker jthacker@ropers.com
Richard Martin Williams rwilliams@ropers.com
Steven John Roberts steve.roberts@greerlaw.biz
George Fisher, georgecfisher@gmail.com

**Dated: May 18, 2009**               **Richard W. Wieking, Clerk**

                                                            **By:        /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California