UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG and MICHAEL SCHRIBER, Individually, On Behalf of All Others Similarly Situated and On Behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>IGNATIUS A. PIAZZA, FRONT SIGHT MANAGEMENT INCORPORATED dba FRONT SIGHT FIREARMS TRAINING INSTITUTE, et al.,<br><br>Defendants. | Case No.: C 05-04532 JW<br><br>**CLASS ACTION**<br><br>**FIRST AMENDMENT TO THIRD AMENDED STIPULATION OF SETTLEMENT OF CLASS ACTION**<br><br>Date: July 6, 2009<br>Time: 9:00 a.m.<br>Dept: 8<br>Judge: Hon. James Ware |

**WHEREAS**, on October 15, 2007 the court approved the Third Amended Stipulation of Class Action (the "Stipulated Settlement") in this matter and entered a First Amended Final Judgment and Order of Dismissal with Prejudice (the "Final Order and Judgment");

**WHEREAS,** the terms of the Stipulated Settlement required defendant Front Sight Management Incorporated (""Front Sight") to, *inter alia*, fully pay its obligation to the class settlement by October 15, 2008, and Front Sight has not met this obligation;

**WHEREAS,** in entering into the Stipulated Settlement the parties

anticipated Front Sight being able to obtain financing by October 15, 2008 sufficient to fully satisfy Front Sight's outstanding debt to the class;

**WHEREAS,** Front Sight has another significant creditor, i.e., the HOLECEK 1996 IRREVOCABLE TRUST (the "Holecek Lien"), that is currently due and payable and asserts a lien position senior to the Class's judgment lien because it was recorded first in time;

**WHEREAS,** Front Sight has not been able to obtain financing necessary to satisfy either the Holecek Lien or the Class judgment, and due to current conditions in the lending market the parties believe it is in the best interest of the Class to allow Front Sight additional time to obtain such financing; and

**NOW, THEREFORE,** the parties hereby agree to amend the Third Amended Stipulation of Settlement of Class Action, as follows:

(1) Front Sight shall immediately pay to the class $1,000,000;

(2) Front Sight's obligation to pay ten percent of its monthly gross income to the Class Settlement Fund pursuant to Section 2.1 of the Stipulated Settlement is replaced with an obligation to pay $75,000 per month, due on the tenth of the month, commencing October 10, 2009, and continuing until such time as its debt to the Class is paid in full. Because the monthly payments to the Class Settlement Fund are no longer tied to the amount of Front Sight's monthly income, the provisions of Section 5.9 of the Stipulated Settlement are moot, and Front Sight is no longer obligated to provide the Claims Administrator with copies of its monthly financial information. Nor is the Claims Administrator required to apprise the court of Front Sight's compliance;

(3) Front Sight will pay all amounts owed to the Class by July 6, 2012. If Front Sight has not paid the Class in full by July 6, 2012, Front Sight may extend the payment period another three years, to July 6, 2015, by paying the Class $300,000 in addition to the required $75,000 monthly payments. The $300,000

payment will be applied to further pay down the principal;

(4) All Front Sight Memberships that have been approved as valid claims are now null and void, and will be paid simple interest at a rate of 5% per annum as set forth in Section 2.8 of the Stipulated Settlement, i.e., Platinum Memberships receive 5% on the amount paid in excess of $25,000 from the date of purchase until paid in full, and all other Front Sight Memberships, as well as up to $25,000 paid for each Platinum Membership, will be paid 5% simple interest from October 15, 2007 until paid in full;

(5) Front Sight remains obligated to pay the cost of notices and distributions to the Class by the Claims Administrator. However, funds to satisfy this obligation may be paid directly from the Settlement Fund. In such event, the principal balance owed by Front Sight to the Settlement Fund will be increased in an amount equal to the amount paid to the Claims Administrator;

(6) Prior to August 31, 2009, the Claims Administrator will distribute 95% (approximately $1,425,000) of the funds available for distribution, according to the Plan of Allocation set forth in Section 2.2. of the Stipulated Settlement. Thereafter, distributions will be made annually, with the next distribution taking place on or about September 30, 2010; and

(7) In return for the Holecek Trust agreeing to decrease the future interest rate on its loan to Front Sight from 18% to 12% until such time as the loan is paid in full, and its agreement to extend the term of its loan for an additional three years, with periodic payments sufficient to pay the monthly interest on said loan, the Class waives its right to assert a full or partial lien position senior to the Holecek Trust.

(8) Front Sight will pay all fees incurred by the Special Master with respect to finalizing the terms of the amended settlement;

(9) Front Sight will pay Class Counsel, separate and distinct from its other

obligations to the Class, $15,000 as full satisfaction for fees and costs incurred in pursing enforcement of the judgment and this settlement, and in return Class Counsel will waive his right to seek an award of fees and costs;

(10) Plaintiffs' covenants and obligations under this stipulation are contingent upon Front Sight transferring the $1,000,000 payment identified above to the Claims Administrator and said funds clearing in the settlement account. The parties agree that the **[PROPOSED] ORDER APPROVING AMENDMENT TO STIPULATED SETTLEMENT** may not be entered until the Claims Administrator has confirmed that this payment has cleared in the settlement account.

All terms of the Stipulated Settlement not expressly identified and amended in this stipulation will remain in full force and effect.

SO STIPULATED:

Dated: June 30, 2009: _____/S/_____
William Haag, Representative Plaintiff

Dated: June 30, 2009: _____/S/_____
Stacy James, Representative Plaintiff

Dated: June 30, 2009: _____/S/_____
Michael Schriber, Representative Plaintiff

Dated: June 30, 2009: _____/S/_____
Ignatius Piazza, Individually and on behalf of Front Sight Management Incorporated, dba, Front Sight Firearms Training Institute

///
///
///

**[PROPOSED] ORDER RE: AMENDMENT TO SETTLEMENT AGREEMENT**, *James v. Piazza*. Case No. CV 05-04532 JW

GREER & ASSOCIATES, A.P.C.

Dated: June 30, 2009:            By: _____/S/_____
                                         C. Keith Greer, Esq.
                                         Attorneys for the Plaintiff Class


LAW OFFICES OF DANA E. MORRIS, LTD.


By: _____/S/_____
    Dana E. Morris, Esq.
    Attorneys for Defendants Ignatius Piazza
    and Front Sight Management Incorporated,
    dba Front Sight Firearms Training Institute

---

**[PROPOSED] ORDER RE: AMENDMENT TO SETTLEMENT AGREEMENT**, *James v. Piazza*. **Case No. CV 05-04532 JW**

5