C. Keith Greer, Esq., State Bar No.:    135537
LAW OFFICES OF GREER & ASSOCIATES, A.P.C.
16787 Bernardo Center Drive, Suite 12
San Diego, California  92128
Telephone:    (858) 613-6677
Fax:              (858) 613-6680
greerkeith@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACY JAMES, WILLIAM HAAG and MICHAEL SCHRIBER, Individually, On Behalf of All Others Similarly Situated and On Behalf of the General Public,<br><br>            Plaintiffs,<br><br>  vs.<br><br>IGNATIUS A. PIAZZA, FRONT SIGHT MANAGEMENT INCORPORATED dba FRONT SIGHT FIREARMS TRAINING INSTITUTE, et al.,<br><br>            Defendants.<br>_____ | Case No.: C 05-04532 JW<br><br>CLASS ACTION<br><br>**JOINT APPLICATION FOR APPROVAL OF AMENDMENT TO SETTLEMENT AGREEMENT**<br><br>Date:         July 6, 2009<br>Time:        9:00 a.m.<br>Courtroom:  8<br>Judge:       Honorable Judge James Ware |

TO AL PARITIES AND THEIR ATTORNEYS OF RECORD: please take notice that on the above referenced date and time,  plaintiffs and defendants Front Sight Management Incorporated and Ignatius Piazza, will, and hereby do, move the court to amend the terms of the Class settlement previously approved on October 15, 2007. This application is made pursuant to the court's May 18, 2009 Order Setting Hearing on Settlement and is based on the Declaration of Class Counsel, C. Keith Greer and the First Amendment to Third Amended Stipulation of Settlement of Class Action filed herewith

                                                                                                                  /s/
Dated: July 2, 2009                                            By:_____
                                                                                            C. Keith Greer
                                                                                            Class Counsel